## A08A2323. GEORGIA DEPARTMENT OF REVENUE v. TRAWICK CONSTRUCTION COMPANY, INC.
(714 SE2d 69)

MILLER, Presiding Judge.

The Supreme Court of Georgia granted certiorari in this case, and in *Trawick Constr. Co. v. Ga. Dept. of Revenue*, 286 Ga. 597 (690 SE2d 601) (2010), reversed the judgment of this Court. We therefore vacate our prior opinion in *Ga. Dept. of Revenue v. Trawick Constr. Co.*, 296 Ga. App. 275 (674 SE2d 350) (2009), and adopt the judgment of the Supreme Court as the judgment of this Court.

*Judgment affirmed. Ellington, C. J., and Blackwell, J., concur.*

DECIDED JULY 1, 2011.

*Thurbert E. Baker, Attorney General, Warren R. Calvert, Senior Assistant Attorney General, Lourdes Gonzalez de Mendoza, Assistant Attorney General*, for appellant.

*Baker, Donelson, Bearman, Caldwell & Berkowitz, Robert G. Brazier, Michael S. Evans*, for appellee.